UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

CHAOYUE ZHAO A/K/A "Cai" and BRIAN KING.

                Defendants.
-----------------------------------------------------------------X

20-CR-129 ( LJL)

Medical Directive Order

Chaoyue Zhao, Defendant, having made an application for a Medical Directive Order related to the provision of necessary drug prescriptions needed by the Defendant to maintain his health during his period of detention, and such application having been approved by the Court, upon submission of proof of specific prescriptions required, and

The Defendant having provided proof sufficient to determine the prescriptions required and, upon consent of the United States Attorney,

Now therefore, the United States Bureau of Prisons (the " Bureau" ) and/or the United States Marshal Service (the "Service") are directed to provide the following medications and dosages to the Defendant while the Defendant in the custody of the Bureau or Service:

    a)  Propranolol HCI 10 MG Oral Tablet – 1 Tablet per mouth once per day.

    b)  Propylthiouracil 50 MG Oral Tablet - .2 tabs twice per day

The United States Attorney shall assist in forwarding this Order to Bureau and Service.

Dated: January 4, 2021
       New York, New York

                                            So Ordered:

                                            United States District Judge .

1