GIACCHINO J. RUSSO and ASSOCIATES, P.C.
Attorneys at Law
35-28 Farrington Street
Flushing, N.Y. 11354
(718) 460-2847,  fax (718) 460-4647
Email: Giacchino.russo@aol.com

Honorable Lewis J. Liman
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 1007

January 29, 2021

**REQUEST GRANTED.**
A Bail Hearing is set for February 8, 2021 at 12:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

2/1/2021    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: United States v. Chaoyue Zhao, 20 Cr, 129

Your Honor:

    I am in receipt of notification that my client, Chaoyue Zhao, is now in custody in the Southern District of New York.

    As stated by the Government in its communication to you this morning, to the extent not required by the Court, the Defendant does not seek a presentment before this Court.

    However, the Defendant does hereby make application for a bail hearing to be held in his matter within the next 14 days, or however soon thereafter the Court can so schedule. Your Honor will recall that you made allowance, at the time of the previous bail application before you, for the Defendant to renew his bail application once he arrived in New York.

    With regard to my availability for such a hearing, I am available in the afternoon of February 3, 2021, all day on February 4, 2021 and all day on February 8, 9 ,11 or 12, 2021.

    Thank you for your consideration in this matter.

Sincerely yours,

Giacchino J. Russo, Esq
Barnes, Iaccarino & Shepherd, LLP.

GJR/dr
Cc: Audrey Strauss, AUSA (by ECF)
    Stephanie lake, AUSA (by ECF)
    Sheb Swett, AUSA (by ECF)
    Aline Flodr, AUSA (by ECF)