

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2022

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> MEMO ENDORSEMENT.
> The Court will hold a Status Conference in this matter at the same time as the hearing for co-defendant Mr. Kung on February 15, 2022 at 12:00PM in Courtroom 15C. At that time the Court will address the adjournment of the trial date.   2/11/2022
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Chaoyue Zhao*, 20 Cr. 129 (LJL)

Dear Judge Liman:

The Government writes, with the consent of the defendant, to request an adjournment of the trial date, currently scheduled for April 4, 2022, in the above-captioned matter. The defendant's co-defendant, Brian Kung, was recently arrested and the parties consent to a trial schedule that allows these cases to proceed in tandem. After conferring with defense counsel for both defendants, the parties propose a trial date in September 2022.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/
    Stephanie Lake / Sheb Swett / Aline Flodr
    Assistant United States Attorneys
    (212) 637-1066 / 6522 / 1110

cc: All counsel, Esq. (by ECF)