

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2022

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The deadline for expert disclosures is extended to June 29, 2022.

6/15/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Zhao, et al.*, 20 Cr. 129 (LJL)

Dear Judge Liman:

The Government writes, with the consent of counsel for the defendants, to respectfully request a two-week adjournment of the deadline for expert disclosure from June 15, 2022 to June 29, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Stephanie Lake / Sheb Swett / Aline Flodr
Assistant United States Attorneys
(212) 637-1066 / 6522 / 1110

cc: All counsel (by ECF)