# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, NY 10601

June 27, 2022

**SEALING REQUESTED**

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman, USDJ
Southern District of New York
500 Pearl Street
New York, NY  10007
LimanNYSDChambers@nysd.uscourts.gov

> REQUEST GRANTED.
> The Status Conference previously set for June 28, 2022 is rescheduled to July 11, 2022 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 6/27/2022   SO ORDERED.
>
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

RE:   *United States v. Brian Kung*, 20-cr-129 (LJL)

Dear Judge Liman:

    I represent Brian Kung.  Your Honor scheduled a status conference for tomorrow at 11AM.  I now have a conflict with a matter before Judge Analisa Torres that requires special action by the US Marshals to transport my client and the Court Security Officers to secure the courtroom.  Accordingly, I respectfully request that the conference be postponed until July 11, 2022 at 10AM when I understand Your Honor is available.  I have consulted with counsel for Chaoyue Zhao, Mr. Kung's codefendant, and the Government.  All parties consent to this request and are available on July 11.

    Thank you for your consideration.

Respectfully submitted,

*[signature]*

Jill R. Shellow

Copies by email to:
    James Russo, Esq.
    AUSA Stephanie Lake
    AUSA Sebastian Swett
    AUSA Aline Flodr
    Brian Kung

Admitted:  NY, CT, DC