UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
-v-                                       :         20-CR-129-1 (LJL)
:
CHAOYUE ZHAO,                                      :         ORDER
:
Defendant.                       :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Defendant filed a request to modify his bail conditions (Dkt. No. 60) to downgrade him from home incarceration with GPS monitoring to stand-alone GPS monitoring. The Government is directed to indicate by letter filed no later than tomorrow, August 12, 2022 whether it consents to the modification of bail terms.


    SO ORDERED.

Dated: August 11, 2022
       New York, New York

                                                                      LEWIS J. LIMAN
                                                   United States District Judge