GIACCHINO J. RUSSO and ASSOCIATES, P.C.
Attorneys at Law
35-28 Farrington Street
Flushing, N.Y. 11354
(718) 460-2847, fax (718) 460-4647
Email: Giacchino.russo@aol.com

Honorable Lewis J. Liman
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 1007

August 10, 2022

**REQUEST GRANTED.** The Court approves the modification to Mr. Zhao's bail conditions to downgrade him from home incarceration with GPS monitoring to stand-alone GPS monitoring as proposed.

8/12/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: United States v. Chaoyue Zhao, 20 Cr, 129

Your Honor:

As you are aware, I am the attorney for Chaoyue Zhao in the above referenced proceeding. Mr. Zhao has taken a plea in this case and is awaiting sentencing.

I am writing to you to request approval of a change in the current bonded placement.

Currently, Mr. Zhao is on home incarceration with GPS monitoring and supervision by Pretrial Services.

We would respectfully request that Defendant be downgraded from home incarceration with GPS monitoring to stand-alone GPS monitoring which would allow Pretrial Services to continue to monitor the Defendant's movements within the community. .

This request is on consent from the United State Attorney's office and is, as I understand it, supported by Pretrial Services.

Thank you for your consideration in this matter.

Sincerely yours,

_S/_
Giacchino J. Russo, Esq

GJR/hq
Cc: Aline Flodr, AUSA (by ECF)
   Sheb Swett, AUSA (by ECF),
   Stephanie lake, AUSA (by ECF)
   Courney De Feo, Pretrial Services ( by email and ECF)